Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Robichaux
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHERI SQUIER,<br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　Defendant. | 6:15-CV-01243-JE<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $36,895.75 pursuant to 42 U.S.C. § 406(b). The attorney fee of $4,004.14 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this __26th__ day of __March____, 2019.

　　　　　　　　　　　　　　　　　　__/s/ John Jelderks_____
　　　　　　　　　　　　　　　　　　John Jelderks
　　　　　　　　　　　　　　　　　　United States Magistrate Judge